# CASES REPORTED WITH BRIEF SYLLABI

AND

## DECISIONS HANDED DOWN WITHOUT

## OPINION

---

SECOND DEPARTMENT, APRIL, 1922.

HARRIET JEAN BEAULEY, Respondent, v. WILLIAM J. BEAULEY, Appellant.— Motion for stay granted. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

LOUIS BINDER, Appellant, v. MORRIS KESSLER, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, and stay vacated. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

PATRICK GRACE, as a Taxpayer of the City of New Rochelle, Respondent, v. HENRY SCOTT and Others, Defendants. THE WILKES-CASEY ENGINEERING & CONTRACTING COMPANY, INC., Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

In the Matter of the Application of the CITY OF NEW YORK, Relative to Acquiring Title, etc., Opening and Extending of Rockaway Boulevard from Elderts Lane to Atlantic Avenue, etc., Borough of Queens, City of New York.— Motion to resettle order denied, without costs. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

In the Matter of the Petition of JOHN H. SMITH for a Peremptory Writ of Mandamus, Directed to JAMES A. McQUADE, Register, etc.— Motion for stay granted, without costs, upon condition that within five days appellant execute a bond in the sum of $1,000, conditioned for the payment to the respondent of any salary due or to become due to the respondent, and costs, in case the judgment should be affirmed. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

In the Matter of A. J. SUCHAR, an Attorney.— Matter referred to the Hon. Herbert T. Ketcham, official referee, to take testimony and report to this court. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

In the Matter of the Application of the TRANSIT CONSTRUCTION COMMISSION, etc., Relative to Acquiring an Estate in Fee Simple Absolute in and to Certain Premises Situated between Peartree Avenue, Roosevelt Avenue and the Long Island Railroad, in the Borough of Queens, City of New York, etc.— Motion to dismiss appeal denied, without costs, without prejudice to the determination of the question involved upon the argument of the main appeal. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

In the Matter of the Application of FRANK M. WHITE for Admission to the Bar. (From the State of Missouri.) — Application granted. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.